KATHLEEN STRICKLAND (SBN 64816)
STEPHAN CHOO (SBN 284395)
MATTHEW W. LINNELL (SBN 330243)
ROPERS MAJESKI PC
75 Broadway, Suite 202
San Francisco, CA 94111
Telephone: 415.543.4800
Facsimile: 415.972.6301
Email: kathleen.strickland@ropers.com
stephan.choo@ropers.com
matthew.linnell@ropers.com

Attorneys for Defendant
WAL-MART STORES, INC.

GENE J. GOLDSMAN (SBN 76554)
GENE@GJGLAW.COM
EVAN BLAIR (SBN 228364)
EVAN@GJGLAW.COM
THE LAW OFFICES OF GENE J. GOLDSMAN
501 Civic Center Drive West
Santa Ana, CA 92701
(714) 541-3333 / Fax (714) 541-0456

Attorneys for Plaintiff
DARNELL HENLEY

JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL HENLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC.; DOES 1 to 20,<br><br>　　　　Defendant. | Case No. 2:20-cv-02902 GW (E)<br><br>The Hon. George H. Wu<br><br>[PROPOSED] ORDER GRANTING THE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF DARNELL HENLEY'S CLAIMS AGAINST WAL-MART STORES, INC., PURSUANT TO FED. R. CIV. P. 41 [76]<br><br>Action Filed: January 28, 2020<br>Action Removed: March 27, 2020 |

Pursuant to the Stipulation of Plaintiff Darnell Henley ("Plaintiff") and Defendant Wal-Mart Stores, Inc. ("Defendant") (collectively "the Parties") to dismiss all of Plaintiff's individual claims in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED:

(1) The entirety of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice; and

(2) Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 13, 2021

George H. Wu
United States District Judge